THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WOODROW
W. YORK, Appellant.

Argued October 19, 1953; decided November 25, 1953.

*Wayne M. Harris* for appellant.

*Clarence J. Henry, District Attorney (Joseph G. Fritsch* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.